UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY D. BOLIN, | ) | 3:06-CV-0445-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | June 19, 2007 |
| | ) | |
| ADAM ENDEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  FRANK JUSTILIANO      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed a Motion to Compel Discovery (Doc. #35). Defendants have opposed the Motion (Doc. #38).

Plaintiff seeks an order compelling the Defendants to respond to various written discovery that was propounded by the Plaintiff.

The Defendants have objected to the written discovery claiming that it is untimely.

The Scheduling Order in this case (Doc. #24) provided that discovery "shall be completed" on or before ninety (90) days from the date of the Order which was February 8, 2007.  Pursuant to that dictate discovery had to be <u>completed</u> by May 9, 2007. That means that if there was written discovery propounded the time to respond thereto had to be no later than May 9, 2007.

/ / /

MINUTES OF THE COURT
3:06-CV-0445-PMP (RAM)
June 19, 2007
Page Two

    In this case, Plaintiff did not propound his written discovery until April 16, 12007, and the Defendants were not obligated to respond to that discovery until May 19, 2007, well after the last day to complete discovery. Plaintiff's discovery was untimely and Defendants objections thereto are proper and are sustained.

    Plaintiff's Motion to Compel Discovery (Doc. #35) is <u>DENIED</u>.

    IT IS SO ORDERED.

                                                LANCE S. WILSON, CLERK

                                                By:            /s/
                                                        Deputy Clerk