**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| GREGORY D. BOLIN, | ) | |
| Plaintiff, | ) | 3:06-CV-00445-PMP-RAM |
| vs. | ) | **ORDER** |
| ADAM ENDEL, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Plaintiff Gregory D. Bolin's Motion for Partial Summary Judgment (Doc. #40) filed December 21, 2007. On December 21, 2007, the Honorable Robert A. McQuaid, Jr., United States Magistrate Judge, entered a Report and Recommendation (Doc. #50) recommending that Plaintiff Bolin's Motion for Partial Summary Judgment (Doc. #40) be denied.

On January 22, 2008, Plaintiff Bolin filed an Objection to Magistrate Judge McQuaid's Report and Recommendation (Doc. #57).

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 1-4 and determines that Magistrate Judge McQuaid's Report and Recommendation should be Affirmed.

/ / /

**IT IS THEREFORE ORDERED** that Magistrate Judge McQuaid's Report and Recommendation (Doc. #50) is hereby AFFIRMED.

**IT IS FURTHER ORDERED** that Plaintiff Gregory D. Bolin's Objection (Doc. #57) to Magistrate Judge McQuaid's Report and Recommendation is OVERRULED.

**IT IS FURTHER ORDERED** Plaintiff Gregory D. Bolin's Motion for Partial Summary Judgment (Doc. #40) is DENIED.

DATED: January 30, 2008.

                                                PHILIP M. PRO
                                                United States District Judge