# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BOLIN, | 3:06-CV-00445-PMP-RAM |
| Plaintiff, | |
| vs. | **ORDER** |
| ADAM ENDEL, et al., | |
| Defendants. | |

The Court having read and considered Plaintiff's Motion to Amend a Specific Clearly Erroneous Finding Contained in the Court's January 7, 2010 Order and Judgment and Findings of Fact and Conclusion of Law (Doc. #121), filed on April 5, 2010, Defendants' Response thereto (Doc. #124) and Plaintiff's Reply (Doc. #126), and good cause appearing,

**IT IS ORDERED that** Plaintiff Gregory Bolin's Motion to Amend a Specific Clearly Erroneous Finding Contained in the Court's January 7, 2010 Order and Judgment and Findings of Fact and Conclusion of Law (Doc. #121) is **GRANTED** to the extent that this Court's Finding of Facts and Conclusions of Law (Doc. #114) entered January 7, 2010, are hereby amended to provide that Plaintiff

///

///

///

Bolin and inmate Donele Feazell were documented as enemies by NDOC officials as a result of a fight between Bolin and Feazell on October 3, 2009, which both Bolin and Feazell declined to explain at the time.

DATED:  June 2, 2010.

_____
PHILIP M. PRO
United States District Judge